IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUDE S. SALAZAR,

    Plaintiff,

v.                        No. CV 14-747 MCA/CG

LORENZO SILVA,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Magistrate Judge's *Proposed Findings and Recommended Disposition* ("PFRD"), filed on December 11, 2015. (Doc. 28). In the PFRD, the Magistrate Judge found that Petitioner Jude S. Salazar failed to exhaust his available administrative remedies. As a result, the Magistrate Judge recommended that Defendant Lorenzo Silva's *Motion for Summary Judgment on the Basis of Qualified Immunity, Failure to Exhaust Administrative Remedies and Other Grounds*, filed on August 31, 2015 (Doc. 22) be granted and the action be dismissed without prejudice. The parties were notified that written objections to the PFRD were due within fourteen days. (Doc. 28 at 15). No objections have been filed and the deadline of December 28, 2015 has passed. The recommendations of the Magistrate Judge are adopted by this Court.

**IT IS THEREFORE ORDERED** that Defendant Lorenzo Silva's *Motion for Summary Judgment on the Basis of Qualified Immunity, Failure to Exhaust Administrative Remedies and Other Grounds*, (Doc. 23) be **GRANTED** and Petitioner Jude S. Salazar's *Complaint*, (Doc. 1, 12), be **DISMISSED WITHOUT PREJUDICE**.

                                                  THE HONORABLE M. CHRISTINA ARMIJO
                                                  CHIEF UNITED STATES DISTRICT JUDGE